# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Michael David Torres,<br><br>    Defendant | Case No.: 2:20-cr-00206-JAD-BNW<br><br>**Order Appointing Counsel and Granting Motion for Early Termination of Supervised Release**<br><br>[ECF Nos. 4, 5] |

Michael Torres moves this court for early termination of his five-year term of supervised release.[1]  Neither the government nor the U.S. Probation Office opposes that request.[2]  I am satisfied that Torres is entitled to an early termination of supervised release based on the 18 U.S.C. § 3553(a) factors[3] and that such relief is in the interest of justice.

IT IS THEREFORE ORDERED that Torres's motion for early termination of supervised release **[ECF No. 5] is GRANTED.**  Torres's term of supervision is TERMINATED.

And with good cause appearing, IT IS FURTHER ORDERED that the motion for appointment of counsel for this purpose **[ECF No. 4] is GRANTED *nunc pro tunc* to June 27, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
July 8, 2022

---

[1] ECF No. 5.

[2] ECF No. 6.

[3] 18 U.S.C. § 3553(a).